

**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**New Case Electronically Filed:**
**February 27, 2019 12:12**

By: THOMAS J. ESCOVAR 0011532

Confirmation Nbr. 1637236

LASHONDA CRAWFORD                                    CV 19 911792

     vs.

JACK CLEVELAND CASINO LLC, ETC. ET AL.          **Judge:**  WANDA C. JONES

**Pages Filed:**  3

**EXHIBIT A**

TJE/wsv 2/26/19

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

LASHONDA CRAWFORD )  CASE NO.:
2674 E. 111th Street )
Cleveland, OH  44104 )  JUDGE:
)
          Plaintiff )
)
vs. )
)
JACK CLEVELAND CASINO LLC )  COMPLAINT
dba JACK CASINO )  (Trial By Jury Demanded)
c/o Statutory Agent )
CT CORPORATION SYSTEM )
4400 Easton Commons Way )
Suite 125 )
Columbus, OH  43219 )
)
and )
)
JACK ENTERTAINMENT LLC )
c/o Statutory Agent, )
CT CORPORATION SYSTEM )
4400 Easton Commons Way )
Suite 125 )
Columbus, OH  43219 )
)
and )
)
DELBERT GROFT )
(Address Unknown) )
)

1

**EXHIBIT A**

and                                                )
                                                   )
ROCK OHIO CAESARS CLEVELAND                         )
c/o Statutory Agent,                               )
CT CORPORATION SYSTEM                               )
4400 Easton Commons Way                            )
Suite 125                                          )
Columbus, OH  43219                                )
                                                   )
and                                                )
                                                   )
JOHN DOE CONTRACTOR                                 )
(Name & Address Unknown)                           )
                                                   )
                        Defendants                 )
                                                   )

      Now comes the plaintiff, Lashonda Crawford, and for her claim for relief says the following:

      1. On March 14, 2017, at approximately 7:30 a.m., plaintiff states that she was a passenger in a Red Cross vehicle driven by Theresa Lobue, that was parked on the premises of defendant Jack Cleveland Casino LLC dba Jack Casino (hereinafter referred to as Jack Casino), when said vehicle was struck on the passenger side by a tow motor being carelessly and negligently operated or driven by defendant, Delbert Groft (whose address is unknown to the plaintiff but well-known to the defendants), who was in the course and scope of his employment with defendant,  Jack Casino and/or Jack Entertainment LLC and/or Rock Ohio Caesars Cleveland and/or John Doe Contractor, causing damage to the vehicle and injury to plaintiff's person.

      2. As a direct and proximate result of the joint and concurrent carelessness and negligence of the defendants, plaintiff suffered injuries to her neck, upper and lower

2

**EXHIBIT A**

back, pain and limitation of motion, as well as other injuries, which may be permanent in nature. Plaintiff further states that she incurred medical expenses to date in the approximate amount of Six Thousand Six Hundred Sixty-Six Dollars ($6,666.00), and that she may incur additional medical and other related expenses in the future. Plaintiff further states that prior to this accident she was in reasonably good health and, due to her injuries, her everyday quality of life has been affected.

3. Plaintiff further states that she lost time from her regular employment as a result of the accident and her injuries.

WHEREFORE, Plaintiff prays for judgment against the defendants, jointly and/or severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) under Count I, together with costs incurred herein.

/s/ Thomas J. Escovar
THOMAS J. ESCOVAR, #0011532
Steuer, Escovar & Coleman Co., LPA
14701 Detroit Avenue, Suite 455
Lakewood, OH 44107
PH:(216) 771-8121   FX:(216)771-8120
Email: tescovar@sebblaw.com
ATTORNEY FOR PLAINTIFF

JURY DEMAND

A trial by jury of the within action is demanded herein.

/s/ Thomas J. Escovar
THOMAS J. ESCOVAR, #0011532
ATTORNEY FOR PLAINTIFF

3

EXHIBIT A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**ANSWER OF...**
**April 2, 2019 09:21**

By: JONATHAN W. PHILIPP 0043705

Confirmation Nbr. 1668860

LASHONDA CRAWFORD                                        CV 19 911792

     vs.

JACK CLEVELAND CASINO LLC, ETC. ET AL.          **Judge:**  WANDA C. JONES

**Pages Filed:**  4

**EXHIBIT A**

IN THE COURT OF COMMON PLEAS
OF CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| LASHONDA CRAWFORD, | ) | Case No. CV 19 911792 |
| | ) | |
| Plaintiff | ) | JUDGE WANDA C. JONES |
| | ) | |
| v. | ) | |
| | ) | **ANSWER AND AFFIRMATIVE** |
| JACK CLEVELAND CASINO, LLC, | ) | **DEFENSES OF DEFENDANT JACK** |
| dba JACK CASINO, et al., | ) | **CLEVELAND CASINO LLC, FORMERLY** |
| | ) | **KNOWN AS ROCK OHIO CAESARS** |
| Defendants. | ) | **CLEVELANDAND JACK** |
| | | **ENTERTAINMENT LLC** |

Now comes Defendants Jack Cleveland Casino LLC Formerly known as Rock Ohio Caesars LLC and Jack Entertainment LLC (hereinafter collectively "Defendants"), by and through their attorney, as and for their Answer and Affirmative Defenses to Plaintiff's Complaint, state as follows:

1. Defendants admit that a tow motor came in contact with a vehicle in which plaintiff was a passenger on the date in question at the Jack Cleveland Casino LLC property, and deny the remaining allegations contained in Paragraph 1 of Plaintiff's Complaint.

2. Defendants deny negligence and carelessness, and lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of Plaintiff's Complaint

3. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

Without in any way admitting any of the allegations of the Complaint, and without admitting or suggesting that Defendants bear the burden of proof on any of the following issues, as separate and independent affirmative defenses, Defendants allege as follows:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to set forth the cause of action upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's recovery is barred by the applicable Statute of Limitations.

**EXHIBIT A**

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails due to improper and/or failure of service on one or more of the named Defendants.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate any damages allegedly sustained.

### FIFTH AFFIRMATIVE DEFENSE

Any loss or damage to Plaintiff was not proximately caused by any action or inaction of Defendants.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's damages were caused and contributed to, in whole or in part, by persons or entities other than these answering Defendants, and the liability of these answering Defendants should be apportioned accordingly under Ohio law.

### SEVENTH AFFIRMATIVE DEFENSE

Any loss or damage to Plaintiff must be barred or reduced by virtue of her comparative negligence.

### EIGHTH AFFIRMATIVE DEFENSE

Defendants reserve the right to amend their Answer to assert any additional affirmative defenses, cross-claims, or counter claims, as may be revealed through a continuing course of discovery.

**WHEREFORE,** Defendants Jack Cleveland Casino LLC formerly known as Rock Cleveland Casino LLC and Jack Entertainment LLC demand judgment dismissing the Complaint as to them with prejudice, together with an award of costs, attorney fees and any other relief the Court deems just and equitable.

Jonathan W. Philipp, Esq. (#0043705)
LAW OFFICE OF JONATHAN W. PHILIPP
Mailing address 1299 Zurich Way, Ste 150
Schaumberg, IL 60196
Direct (440) 237-3210
Mobile (440) 610-0267

**EXHIBIT A**

Fax (412) 263-2144
Email:  jonathan.philipp@zurichna.com
*Attorney for Defendants Jack Cleveland Casino LLC*
*Formerly known as Rock Ohio Caesars LLC and Jack*
*Entertainment LLC*

EXHIBIT A

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been served upon the following via e-mail this 2nd day of April, 2019:

Thomas J. Escovar. Esq. (0011532)
Steuer, Escovar & Coleman Co., LPA
14701 Detroit Avenue, Ste 455
Lakewood, OH  44107
*Attorney for Plaintiff*

/s/ Jonathan W. Philipp.
Jonathan W. Philipp
LAW OFFICE OF JONATHAN W. PHILIPP
Mailing address:
1299 Zurich Way
Suite 150
Schaumburg, IL 60196
Direct Dial:  440-237-3210
Facsimile:  412-263-2144
Email: jonathan.philipp@zurichna.com
*Attorney for Defendants Jack Cleveland Casino*
*LLC Formerly known as Rock Ohio Caesars LLC*
*and Jack Entertainment LLC*

**EXHIBIT A**



108189213

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

LASHONDA CRAWFORD
    Plaintiff

Case No: CV-19-911792

Judge: WANDA C JONES

JACK CLEVELAND CASINO LLC, ETC. ET AL.
    Defendant

## __JOURNAL ENTRY__

TELEPHONE CONFERENCE SET FOR 04/18/2019 AT 11:30 AM.  PARTIES TO INITIATE CALL WITH EACH OTHER AND
THEN CONTACT THE COURT AT: 216-443-8581.

_Wanda C. Jones_
_____
Judge Signature         04/09/2019

04/08/2019



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**3RD PARTY COMPLAINT $75**
**April 15, 2019 17:25**

By: JONATHAN W. PHILIPP 0043705

Confirmation Nbr. 1681499

LASHONDA CRAWFORD                          CV 19 911792

      vs.

JACK CLEVELAND CASINO LLC, ETC. ET AL.          **Judge:**  WANDA C. JONES

**Pages Filed:**  4

**EXHIBIT A**

IN THE COURT OF COMMON PLEAS
OF CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| LASHONDA CRAWFORD, | ) | Case No.  CV 19 911792 |
| | ) | |
| Plaintiff | ) | JUDGE WANDA C. JONES |
| vs. | ) | |
| | ) | **DEFENDANT JACK CLEVELAND, LLC** |
| JACK CLEVELAND CASINO, LLC, | ) | **dba JACK CASINO'S THIRD-PARTY** |
| dba JACK CASINO, et al., | ) | **COMPLAINT AGAINST THIRD-PARTY** |
| | ) | **DEFENDANTS THERESA LOBUE AND** |
| Defendants. | ) | **AMERICAN RED CROSS OF** |
| | ) | **CLEVELAND, INC.** |
| JACK CLEVELAND CASINO, LLC, | ) | |
| dba  JACK CASINO, et al | ) | |
| | ) | |
| Defendants/Third-Party Plaintiffs | ) | |
| vs. | ) | |
| | ) | |
| THERESA LoBUE | ) | |
| 6740 AsterhurstTrce | ) | |
| Cleveland, OH 44130 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AMERICAN RED CROSS OF | ) | |
| CLEVELAND, INC | ) | |
| c/o Ian Richard Hosang | ) | |
| 407 Vine St, Ste 190 | ) | |
| Cincinnati, OH 45202 | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

Defendant\Third-Party Plaintiffs Jack Casino Cleveland LLC and Jack Entertainment LLC, as and by way of Third-Party Complaint against the third-party defendants, state as follows:

1.      In her Complaint, plaintiff Lashonda Crawford alleges she was a passenger in the vehicle owned by Third Party Defendant American Red Cross of Cleveland Inc. ("American Red Cross") and operated by Third Party Defendant Theresa LoBue when the vehicle was involved in

1

EXHIBIT A

a collision with a tow motor owned by Third Party Plaintiff Jack Cleveland Casino LLC and operated by one of its employees. A copy of the Complaint is attached hereto as Exhibit A.

2.　　　At the time of the collision, LoBue was an agent and/or employee of American Red Cross and/or was otherwise authorized to operate the American Red Cross vehicle.

3.　　　American Red Cross is vicariously liable for the negligent acts of LoBue within the course and scope of her authorized activities in operating the American Red Cross vehicle.

4.　　　At the time and location of the incident giving rise to plaintiff's Complaint, LoBue negligently operated her vehicle causing a collision with a tow motor operated by an employee of Jack Cleveland Casino.

5.　　　LoBue's negligent operation of the vehicle was the sole and/or concurrent cause alleged of the accident and plaintiff's alleged injuries.

6.　　　In the event plaintiff recovers a judgment and/or settlement against the Third Party Plaintiffs, then the Third Party Plaintiffs are entitled to common law contribution from the Third Party Defendants as they are solely and/or jointly liable for plaintiff's injuries due to their negligence.

WHEREFORE, Defendant\Third Party Plaintiffs demand judgment against the Third Party Defendants for contribution for any amounts adjudged against them and/or for contribution as joint tortfeasors, together with costs, and other such relief the Court deems just and equitable.

_____
Jonathan W. Philipp, Esq. (#0043705)
LAW OFFICE OF JONATHAN W. PHILIPP
Mailing address 1299 Zurich Way, Ste 150

2

EXHIBIT A

Schaumberg, IL 60196
Direct (440) 237-3210
Mobile (440) 610-0267
Fax (412) 263-2144
Email:  jonathan.philipp@zurichna.com
*Attorney for Defendants Jack Cleveland Casino LLC*
*Formerly known as Rock Ohio Caesars LLC and Jack*
*Entertainment LLC*

**EXHIBIT A**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been served upon the following via e-mail 15th this day of April, 2019:

Thomas J. Escovar. Esq. (0011532)
Steuer, Escovar & Coleman Co., LPA
14701 Detroit Avenue, Ste 455
Lakewood, OH  44107
*Attorney for Plaintiff*

/s/ Jonathan W. Philipp.
Jonathan W. Philipp
LAW OFFICE OF JONATHAN W. PHILIPP
Mailing address:
1299 Zurich Way
Suite 150
Schaumburg, IL 60196
Direct Dial:  440-237-3210
Facsimile:  412-263-2144
Email: jonathan.philipp@zurichna.com
*Attorney for Defendants Jack Cleveland Casino*
*LLC Formerly known as Rock Ohio Caesars LLC*
*and Jack Entertainment LLC*

EXHIBIT A



108337705

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

LASHONDA CRAWFORD
    Plaintiff

JACK CLEVELAND CASINO LLC, ETC. ET AL.
    Defendant

Case No: CV-19-911792

Judge: WANDA C JONES

## <u>JOURNAL ENTRY</u>

CMC BY PHONE HELD ON 4/18/19. DISCOVERY TO BE ONGOING. ADDITIONAL TIME NEEDED FOR CMC AS A SERVICE IS BEING COMPLETED ON A THIRD PARTY COMPLAINT. CALL CONTINUED BY AGREEMENT OF THE PARTIES.
TELEPHONE CONFERENCE SET FOR 06/20/2019 AT 11:15 AM.  SAME INSTRUCTIONS AS PREVIOUSLY ISSUED.

_Wanda C. Jones_
_____
Judge Signature          04/18/2019

04/18/2019

Motion No. <u>4775248</u>



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**MOTION FOR...**
**April 30, 2019 16:22**

By: THOMAS J. ESCOVAR 0011532

Confirmation Nbr. 1696163

LASHONDA CRAWFORD                              CV 19 911792

    vs.

JACK CLEVELAND CASINO LLC, ETC. ET AL.        **Judge:** WANDA C. JONES

**Pages Filed:** 6

**EXHIBIT A**

TJE/LCC/wsv 4/30/19

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

LASHONDA CRAWFORD                )        CASE NO.:  CV-19-911792
                                 )
                    Plaintiff    )        JUDGE WANDA C. JONES
                                 )
vs.                              )
                                 )
JACK CLEVELAND CASINO LLC        )        MOTION FOR LEAVE TO FILE
dba JACK CASINO , etc., et al.,  )        AMENDED COMPLAINT
                                 )
            Defendants/          )
       Third Party Plaintiffs    )
                                 )
vs.                              )
                                 )
THERESA LOBUE, et al.,           )
                                 )
       Third Party Defendants    )
                                 )

        Now comes the plaintiff, by and through her attorney, and moves this

Honorable Court for an order granting a leave to amend the Complaint to substitute

defendant Justin Witten for defendant Delbert Groft, for the reason that this information

was just recently discovered.

        Therefore, plaintiff respectfully requests leave to amend the Complaint as

1

**EXHIBIT A**

set forth above, a copy of said Amended Complaint is attached hereto and made a part hereof.

/s/ Thomas J. Escovar
THOMAS J. ESCOVAR, #0011532
Steuer, Escovar & Coleman Co., LPA
14701 Detroit Avenue, Suite 455
Lakewood, OH  44107
PH:(216) 771-8121   FX:(216)771-8120
Email: tescovar@sebblaw.com
ATTORNEY FOR PLAINTIFF

2

EXHIBIT A

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing Motion for Leave to File Amended Complaint will be served through the Court's electronic filing system, and also by e-mail and/or regular U.S. mail this _30th_ day of _April_ , 2019, upon the following:

Jonathan W. Philipp, Esq.
1299 Zurich Way, Suite 150
Schaumberg, IL  60196

Email: jonathan.philipp@zurichna.com

Attorney for Defendants/Third Party Plaintiffs
Jack Cleveland Casino LLC
Formerly known as Rock Ohio Caesars LLC and
Jack Entertainment LLC

and

Theresa Lobue
6740 Asterhurst Treet
Cleveland, OH  44130

Third Party Defendant

and

American Red Cross of Cleveland Inc.
c/o of Ian Richard Hosang
407 Vine Street, Suite 190
Cincinnati, OH  45202

Third Party Defendant

/s/ Thomas J. Escovar
THOMAS J. ESCOVAR, #0011532
ATTORNEY FOR PLAINTIFF

**EXHIBIT A**

TJE/LCC/wsv 4/30/19

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| LASHONDA CRAWFORD | ) | CASE NO.:  CV-19-911792 |
| 2674 E. 111th Street | ) | |
| Cleveland, OH  44104 | ) | JUDGE WANDA C. JONES |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JACK CLEVELAND CASINO LLC | ) | AMENDED COMPLAINT |
| dba JACK CASINO | ) | (Trial By Jury Demanded) |
| c/o Statutory Agent | ) | |
| CT CORPORATION SYSTEM | ) | |
| 4400 Easton Commons Way | ) | |
| Suite 125 | ) | |
| Columbus, OH  43219 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JACK ENTERTAINMENT LLC | ) | |
| c/o Statutory Agent, | ) | |
| CT CORPORATION SYSTEM | ) | |
| 4400 Easton Commons Way | ) | |
| Suite 125 | ) | |
| Columbus, OH  43219 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JUSTIN WITTEN | ) | |
| 1146 Eddy Road | ) | |
| Cleveland, OH  44108-2306 | ) | |

1

**EXHIBIT A**

| | |
|---|---|
| and | ) |
| | ) |
| | ) |
| ROCK OHIO CAESARS CLEVELAND | ) |
| c/o Statutory Agent, | ) |
| CT CORPORATION SYSTEM | ) |
| 4400 Easton Commons Way | ) |
| Suite 125 | ) |
| Columbus, OH  43219 | ) |
| | ) |
| and | ) |
| | ) |
| JOHN DOE CONTRACTOR | ) |
| (Name & Address Unknown) | ) |
| | ) |
| Defendants | ) |
| | ) |

Now comes the plaintiff, Lashonda Crawford, and hereby amends her complaint to substitute defendant Justin Witten for defendant Delbert Groft, and for her claim for relief says the following:

1.  On March 14, 2017, at approximately 7:30 a.m., plaintiff states that she was a passenger in a Red Cross vehicle driven by Theresa Lobue, that was parked on the premises of defendant Jack Cleveland Casino LLC dba Jack Casino (hereinafter referred to as Jack Casino), when said vehicle was struck on the passenger side by a backhoe being carelessly and negligently operated or driven by defendant, Justin Witten, who was in the course and scope of his employment with defendant,  Jack Casino and/or Jack Entertainment LLC and/or Rock Ohio Caesars Cleveland and/or John Doe Contractor, causing damage to the vehicle and injury to plaintiff's person.

2. As a direct and proximate result of the joint and concurrent carelessness and negligence of the defendants, plaintiff suffered injuries to her neck, upper and lower

Electronically Filed 04/30/2019 16:22 / MOTION / CV 19 911792 / Confirmation Nbr. 1696163 / BATCH

**EXHIBIT A**

back, pain and limitation of motion, as well as other injuries, which may be permanent in nature.   Plaintiff further states that she incurred medical expenses to date in the approximate amount of Six Thousand Six Hundred Sixty-Six Dollars  ($6,666.00), and that she may incur additional medical and other related expenses in the future.  Plaintiff further states that prior to this accident she was in reasonably good health and, due to her injuries, her everyday quality of life has been affected.

   3.  Plaintiff further states that she lost time from her regular employment as a result of the accident and her injuries.

   WHEREFORE, Plaintiff prays for judgment against the defendants, jointly and/or severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) under Count I, together with costs incurred herein.

     /s/ Thomas J. Escovar
     THOMAS J. ESCOVAR, #0011532
     Steuer, Escovar & Coleman Co., LPA
     14701 Detroit Avenue, Suite 455
     Lakewood, OH  44107
     PH:(216) 771-8121  FX:(216)771-8120
     Email: tescovar@sebblaw.com
     ATTORNEY FOR PLAINTIFF


     JURY DEMAND

  A trial by jury of the within action is demanded herein.


     /s/ Thomas J. Escovar
     THOMAS J. ESCOVAR, #0011532
     ATTORNEY FOR PLAINTIFF

3

EXHIBIT A



108661148

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

LASHONDA CRAWFORD
    Plaintiff

JACK CLEVELAND CASINO LLC, ETC. ET AL.
    Defendant

Case No: CV-19-911792

Judge: WANDA C JONES

## <u>JOURNAL ENTRY</u>

P1 LASHONDA CRAWFORD MOTION FOR LEAVE TO FILE AMENDED COMPLAINT, FILED 04/30/2019, IS GRANTED.
AMENDED COMPLAINT TO BE FILED WITHIN 7 DAYS OF THIS ENTRY.

_Wanda C. Jon_

_____
Judge Signature          05/14/2019

05/13/2019



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**AMENDED COMPLAINT $75**
**May 15, 2019 15:27**

By: THOMAS J. ESCOVAR 0011532

Confirmation Nbr. 1710816

LASHONDA CRAWFORD                                  CV 19 911792

     vs.

JACK CLEVELAND CASINO LLC, ETC. ET AL.            **Judge:**  WANDA C. JONES

**Pages Filed:**  3

**EXHIBIT A**

TJE/LCC/wsv 4/30/19

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| LASHONDA CRAWFORD | ) | CASE NO.:  CV-19-911792 |
| 2674 E. 111th Street | ) | |
| Cleveland, OH  44104 | ) | JUDGE WANDA C. JONES |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JACK CLEVELAND CASINO LLC | ) | AMENDED COMPLAINT |
| dba JACK CASINO | ) | (Trial By Jury Demanded) |
| c/o Statutory Agent | ) | |
| CT CORPORATION SYSTEM | ) | |
| 4400 Easton Commons Way | ) | |
| Suite 125 | ) | |
| Columbus, OH  43219 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JACK ENTERTAINMENT LLC | ) | |
| c/o Statutory Agent, | ) | |
| CT CORPORATION SYSTEM | ) | |
| 4400 Easton Commons Way | ) | |
| Suite 125 | ) | |
| Columbus, OH  43219 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| JUSTIN WITTEN | ) | |
| 1146 Eddy Road | ) | |
| Cleveland, OH  44108-2306 | ) | |

1

**EXHIBIT A**

and              )
)
)
ROCK OHIO CAESARS CLEVELAND  )
c/o Statutory Agent,        )
CT CORPORATION SYSTEM   )
4400 Easton Commons Way    )
Suite 125           )
Columbus, OH  43219      )
)
and              )
)
JOHN DOE CONTRACTOR    )
(Name & Address Unknown)    )
)
      Defendants  )
)

   Now comes the plaintiff, Lashonda Crawford, and hereby amends her complaint to substitute defendant Justin Witten for defendant Delbert Groft, and for her claim for relief says the following:

   1.  On March 14, 2017, at approximately 7:30 a.m., plaintiff states that she was a passenger in a Red Cross vehicle driven by Theresa Lobue, that was parked on the premises of defendant Jack Cleveland Casino LLC dba Jack Casino (hereinafter referred to as Jack Casino), when said vehicle was struck on the passenger side by a backhoe being carelessly and negligently operated or driven by defendant, Justin Witten, who was in the course and scope of his employment with defendant,  Jack Casino and/or Jack Entertainment LLC and/or Rock Ohio Caesars Cleveland and/or John Doe Contractor, causing damage to the vehicle and injury to plaintiff's person.

   2. As a direct and proximate result of the joint and concurrent carelessness and negligence of the defendants, plaintiff suffered injuries to her neck, upper and lower

2

**EXHIBIT A**

back, pain and limitation of motion, as well as other injuries, which may be permanent in nature. Plaintiff further states that she incurred medical expenses to date in the approximate amount of Six Thousand Six Hundred Sixty-Six Dollars ($6,666.00), and that she may incur additional medical and other related expenses in the future. Plaintiff further states that prior to this accident she was in reasonably good health and, due to her injuries, her everyday quality of life has been affected.

3. Plaintiff further states that she lost time from her regular employment as a result of the accident and her injuries.

WHEREFORE, Plaintiff prays for judgment against the defendants, jointly and/or severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) under Count I, together with costs incurred herein.

/s/ Thomas J. Escovar
THOMAS J. ESCOVAR, #0011532
Steuer, Escovar & Coleman Co., LPA
14701 Detroit Avenue, Suite 455
Lakewood, OH 44107
PH:(216) 771-8121  FX:(216)771-8120
Email: tescovar@sebblaw.com
ATTORNEY FOR PLAINTIFF

JURY DEMAND

A trial by jury of the within action is demanded herein.

/s/ Thomas J. Escovar
THOMAS J. ESCOVAR, #0011532
ATTORNEY FOR PLAINTIFF

3

EXHIBIT A



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

## Court of Common Pleas

**NOTICE OF**
**May 15, 2019 17:28**

By: THOMAS J. ESCOVAR 0011532

Confirmation Nbr. 1711100

LASHONDA CRAWFORD

   vs.

JACK CLEVELAND CASINO LLC, ETC. ET AL.

CV 19 911792

**Judge:** WANDA C. JONES

**Pages Filed:** 2

**EXHIBIT A**

TJE/wsv 5/15/19

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| LASHONDA CRAWFORD, | ) | CASE NO.: CV 19 911792 |
| | ) | |
| Plaintiff | ) | JUDGE WANDA C. JONES |
| | ) | |
| -vs- | ) | |
| | ) | |
| JACK CLEVELAND CASINO, LLC, | ) | NOTICE OF VOLUNTARY |
| dba JACK CASINO, et al., | ) | DISMISSAL OF DEFENDANT, |
| | ) | DELBERT GROFT, ONLY |
| Defendants/ | ) | |
| Third Party Plaintiffs | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| THERESA LOBUE, et al., | ) | |
| | ) | |
| Third Party Defendants | ) | |

Please take notice that the Plaintiff hereby dismisses the above-entitled action against the defendant, DELBERT GROFT, ONLY, without prejudice, at Plaintiff's cost, pursuant to Civil Rule 41(A)(1)(a), and expressly reserves the right to refile as allowed by law.

Respectfully submitted,

/s/ Thomas J. Escovar
Thomas J. Escovar (0011532)
Steuer, Escovar & Coleman Co., L.P.A.
14701 Detroit Avenue, #455
Lakewood, OH 44107
PH: (216) 771-8121  FX:(216)771-8120
Email:  tescovar@sebblaw.com
ATTORNEY FOR PLAINTIFF

EXHIBIT A

<u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing **Notice of Voluntarily Dismissal of Defendant**

**Delbert Groft Only** will be served on the parties through the Court's electronic

filing system, and also by e-mail and/or regular U.S. mail this **15<u>th</u>** day of **May,** upon

the following:

Jonathan W. Philipp, Esq.
1299 Zurich Way, Suite 150
Schaumberg, IL 60196
Email: <u>jonathan.philipp@zurichna.com</u>

Attorney for Defendants/Third Party Plaintiffs
Jack Cleveland Casino LLC
Formerly known as Rock Ohio Caesars LLC and
Jack Entertainment LLC

**and**

Justin Witten                                          Defendant
1146 Eddy Road
Cleveland, OH 44108-2306

**and**

Theresa Lobue                                          Third Party Defendant
6740 Asterhurst Terrace
Cleveland, OH 44130

**and**

American Red Cross of Cleveland Inc.     Third Party Defendant
c/o of Ian Richard Hosang
407 Vine Street, Suite 190
Cincinnati, OH 45202

/s/ Thomas J. Escovar
THOMAS J. ESCOVAR, #0011532
ATTORNEY FOR PLAINTIFF

**EXHIBIT A**



108761727

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

LASHONDA CRAWFORD
    Plaintiff

Case No: CV-19-911792

Judge: WANDA C JONES

JACK CLEVELAND CASINO LLC, ETC. ET AL.
    Defendant

## JOURNAL ENTRY

87 DIS. W/O PREJ - PARTIAL

PURSUANT TO THE NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE, FILED 5/15/19, THIS MATTER IS
DISMISSED AS TO DEFENDANT DELBERT GROFT ONLY. THIS MATTER REMAINS PENDING AS TO ALL OTHER
PARTIES. THE CLERK OF COURTS IS HEREBY ORDERED TO UPDATE THE DOCKET AS TO THIS PARTY'S STATUS.

_Wanda C. Jon_

_____
    Judge Signature                05/16/2019

- 87
05/16/2019